```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 04533
   LANGDON R SEATON
   HELEN SEATON                             CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-1446     SSN XXX-XX-9260

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/06/2004 and was confirmed 04/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.63% from remaining funds.

     The case was paid in full 09/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED             8063.38        559.99        8063.38
LASALLE BANK              CURRENT MORTG          .00            .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED OTH     17166.21            .00        2511.36
AMERICAN EXPRESS TRAVEL   UNSECURED OTH     15366.70            .00        2248.10
ROUNDUP FUNDING LLC       UNSECURED OTH      9759.49            .00        1427.78
BANK ONE                  NOTICE ONLY      NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          2682.55            .00         392.46
CAPITAL ONE BANK          UNSECURED          1596.00            .00         233.49
CAPITAL ONE SERVICES      UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED          1187.30            .00         173.70
ECAST SETTLEMENT CORP     UNSECURED OTH      5522.27            .00         807.89
CHASE                     UNSECURED        NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED OTH      6202.42            .00         907.39
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED OTH      4579.35            .00         669.94
ROUNDUP FUNDING LLC       UNSECURED OTH       513.13            .00          75.03
MBNA AMERICA              UNSECURED        NOT FILED            .00            .00
MBNA AMERICA              NOTICE ONLY      NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          3195.34            .00         467.48
ECAST SETTLEMENT CORP     UNSECURED OTH      6163.52            .00         901.70
RETAILERS NATL BANK-FIEL  UNSECURED        NOT FILED            .00            .00
ROGERS & HOLLAND          UNSECURED          1537.37            .00         224.92
UNIVERSITY OF CHICAGO HO  UNSECURED        NOT FILED            .00            .00
EAGLE CREDIT RESOURCES L  UNSECURED          2972.43            .00         434.87
BANK ONE                  UNSECURED          2432.81            .00         355.92

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 04533 LANGDON R SEATON & HELEN SEATON
```

```
UNIVERSITY OF CHICAGO HO  NOTICE ONLY    NOT FILED            .00             .00
US BANK                   NOTICE ONLY    NOT FILED            .00             .00
US BANK                   NOTICE ONLY    NOT FILED            .00             .00
CITI CARDS                UNSECURED OTH   4567.31             .00          668.18
PORTFOLIO RECOVERY ASSOC  UNSECURED OTH  16500.14             .00         2413.91
FIRST HUDSON LEASING      UNSECURED      NOT FILED            .00             .00
PHILIP A IGOE             DEBTOR ATTY     1,894.00                       1,894.00
TOM VAUGHN                TRUSTEE                                        1,568.51
DEBTOR REFUND             REFUND                                         1,000.00
```

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             28,000.00

PRIORITY                                            .00
SECURED                                        8,063.38
    INTEREST                                     559.99
UNSECURED                                     14,914.12
ADMINISTRATIVE                                 1,894.00
TRUSTEE COMPENSATION                           1,568.51
DEBTOR REFUND                                  1,000.00
                    ---------------     ---------------
TOTALS              28,000.00                 28,000.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE